**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ERIC STRONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21-cv-00895-NAB |
| | ) | |
| CORIZON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff Eric Strong's motion for leave to proceed in forma pauperis on appeal. (Docket No. 14). It appears that plaintiff intended to file the motion in the United States Court of Appeals for the Eighth Circuit, as this Court has already denied plaintiff's motion to proceed in forma pauperis on appeal. (Docket No. 9). Additionally, plaintiff's filing includes his appellate case number and appears to be in response to a show cause order issued by the Court of Appeals. (Docket No. 12). The Court will therefore forward the motion to the United States Court of Appeals for the Eighth Circuit, and administratively close the motion in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **FORWARD** plaintiff's motion for leave to proceed in forma pauperis on appeal (Docket No. 14) to the United States Court of Appeals for the Eighth Circuit.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal (Docket No. 14) shall be **ADMINISTRATIVELY CLOSED** in this case.

Dated this  22nd  day of  March, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

2